IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RHONDA K. BRYANT                                                PLAINTIFF

v.                          No. 4:20-cv-997-DPM

HARTFORD LIFE & ACCIDENT
INSURANCE COMPANY                                               DEFENDANT

JUDGMENT

Bryant's complaint is dismissed with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

28 April 2021